UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V | ) | CRIMINAL ACTION |
| | ) | NO. 07-10117-NG |
| NICHOLAS MARTELLO | ) | |
| Defendant. | ) | |

ORDER REVOKING MARTELLO BAIL

JULY 30, 2008

SOROKIN, M.J.

Initially, the Court released the defendant on conditions and without objection from the Government on March 9, 2007.  On January 23, 2008 Martello was arrested and charged with Assault and Battery Domestic.  He was released on bail.  He did not inform Pretrial Services of his arrest or release.  On April 18, 2007, Martello was again arrested.  He was charged with Assault/Battery and Malicious Destruction of Property.  Two days after his release on this charge he met with Pretrial Services.  Again, he did not inform Pretrial of this second arrest.  Prior to appearing before the undersigned for a hearing to address these matters, state authorities arrested and detained Martello for a third offense, assault and battery arising out of an domestic disturbance on May 24, 2008.  The victim in all three cases is Martello's (ex) girlfriend.  The charges stemming from the first and third arrests have resulted in either dismissals by the prosecution or a not guilty finding.[1]  The charges from the second arrest remain outstanding, the state court set cash bail at $500 on this charge and continued the matter to September 29, 2008.  Martello made bail and, pursuant to the detainer, he was brought before the Court on July 29, 2008 for a hearing on whether to revoke his

---

[1] Pretrial advised the Court that both charges had been dismissed while defense counsel indicated that one charge was dismissed and one resulted in a not guilty.

release.

Based upon the police report of the pending charge, I find probable cause to believe that while on release Martello committed a local felony (as that term is defined in 18 U.S.C. § 3156), and thus a rebuttable presumption of detention applies under 18 U.S.C. § 3148(b). I also find clear and convincing evidence that Martello violated his release conditions in repeatedly not informing Pretrial Services of his arrests by state authorities as well as his one positive drug test for marijuana in December 2007. While the release conditions proposed by the defendant respond to the concerns raised by the charges in state court, after careful consideration, I am persuaded that the defendant is unlikely to abide by any condition of release, particularly in light of the repeated failure to inform Pretrial of his arrests. In addition, the presumption combined with the risk of danger arising from the alleged conduct at a time when defendant was on release from this court and from the state court on equivalent charges involving the same victim are sufficient to satisfy the government's burden of proof to obtain detention even in the face of the anger management group therapy (no doubt something the defendant needs), curfew and no contact order proposed as release conditions by the defendant.

## ORDER OF DETENTION PENDING TRIAL

In accordance with the foregoing memorandum, IT IS ORDERED:

1. That Nicholas Martello be committed to the custody of the Attorney General or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. That Nicholas Martello be afforded a reasonable opportunity for private consultation with counsel; and

3. That on order of a court of the United States or on request by an attorney for the

Government, the person in charge of the corrections facility in which Nicholas Martello is detained and confined shall deliver Nicholas Martello to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

## RIGHT OF APPEAL

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

/s/ Leo T. Sorokin
LEO T. SOROKIN
United States Magistrate Judge